**Order entered March 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01342-CV

## BAYLOR UNIVERSITY MEDICAL CENTER, Appellant

## V.

## MARY GREESON, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-07506

## ORDER

We **GRANT** appellee's March 12, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **APRIL 6, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE